IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| CARMEN TAMEZ<br>Plaintiff, | §<br>§<br>§<br>§ | |
| vs<br>FORD MOTOR COMPANY<br>Defendant. | §<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 6:14-CV-0010 |

## ORDER

On this day the court considered the Plaintiff's Motion to Dismiss Defendant Ford Motor Company Without Prejudice. After considering the motion, the court

GRANTS the motion and

ORDERS dismissal without prejudice of Ford Motor Company.

SIGNED this  9th  day of  April , 2014.

_____
PRESIDING JUDGE